*John Frazer et al* v. *Henry M. Western et al.* H. M. WESTERN, for appellant; J. ANTHON, for complainants; J. BLUNT, for infant defendants. Decree appealed from reversed, and complainants bill dismissed with costs both upon this appeal and upon the proceedings in the original suit, to be taxed, and complainant directed to pay the costs of the guardian ad litem of the infant defendants.